THE PEOPLE OF THE STATE OF NEW YORK v FRANK CONTE, Defendant.—Motion to change venue from Oneida County denied. Same memorandum as in *People v Kroemer* (151 AD2d 1049 [decided herewith]). Present—Dillon, P. J., Doerr, Boomer, Balio and Davis, JJ.

In the Matter of HAROLD NANCE, Appellant, v WALTER KELLY et al., Respondents.—Motion to deem appeal abandoned and dismissed and for other relief denied. Memorandum: The appeal has been deemed abandoned and dismissed without the necessity of an order *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present —Doerr, J. P., Denman, Boomer, Green and Pine, JJ.